

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/20/2020

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 20, 2020

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *United States* v. *Kerry Vanderpool*, 15 Cr. 537 (VEC)

Dear Judge Caproni:

      The Government writes regarding the upcoming resentencing of defendant Kerry Vanderpool, currently scheduled for May 8, 2020. As discussed at the parties' most recent conference before Your Honor, and as mentioned in the letter of January 2, 2020, filed by Vanderpool's counsel, Samuel Braverman, Esq., the defense had contemplated the possibility of filing a petition for certiorari to the Supreme Court as to an argument on which Vanderpool did not prevail before the Second Circuit. *See* Dkt. No. 1436. Having discussed the status of the matter with Mr. Braverman, the Government understands that Vanderpool will not be seeking certiorari, and that the parties are prepared to move to resentencing.

      In light of the ongoing COVID-19 pandemic, however, and to ensure Vanderpool the opportunity to prepare for resenting with Mr. Braverman and to appear in person before the Court, the parties respectfully request an adjournment of resentencing until the week of September 14, 2020.

Respectfully submitted,

GEOFFERY S. BERMAN
United States Attorney

By:   _____/s/ Andrew C. Adams_____
     Andrew C. Adams
     Samson A. Enzer
     Gina M. Castellano
     Assistant United States Attorneys

---

Application GRANTED. The hearing is adjourned to **September 15, 2020, at 11:00 A.M.** Sentencing submissions, including Mr. Vanderpool's updated work, education, and disciplinary records, are due no later than **September 1, 2020**.

SO ORDERED.          Date: 04/20/2020

*/s/ Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE