USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,

    -against-

KERRY VANDERPOOL

                              Defendant.

------------------------------------------------------------ X

15-CR-537 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant's resentencing is currently scheduled for **September 15, 2020 at 11:00 a.m.**;

IT IS HEREBY ORDERED THAT Defendant's resentencing is adjourned to **September 22, 2020 at 2:00 p.m.**

**SO ORDERED.**

Date: **September 10, 2020**
      **New York, NY**

                                          **VALERIE CAPRONI**
                                          **United States District Judge**